UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60744-CIV-ZLOCH

RYAN LEMONTANG, in his own
right and on behalf of all
persons similarly situated,

    Plaintiff,

                                          **O R D E R**

vs.

J.W. LEE, INC., d/b/a
SCARLETT'S CABARET,

    Defendant.
_____/

      THIS MATTER is before the Court upon Defendant J.W. Lee, Inc. d/b/a Scarlett's Cabaret's Motion To Dismiss (DE 4).  The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

      By prior Order (DE 7) the Court denied the instant Motion (DE 4) to the extent it sought to dismiss the Complaint (DE 1, Ex. A) for failure to state a claim upon which relief could be granted. In said Order, the Court reserved ruling as to part II.B, which sought to dismiss the class action portions of the Complaint.

      Plaintiff filed his response to part II.B of the instant Motion.  DE 8.  The Court notes that Defendant's argument to dismiss the class action allegations of the Complaint is better addressed when, and if, Plaintiff files a motion for such certification.

      Accordingly, after due consideration, it is

      **ORDERED AND ADJUDGED** that to the extent that Defendant J.W.

Lee, Inc. d/b/a Scarlett's Cabaret's Motion To Dismiss (DE 4) seeks to dismiss the class action allegations of the Complaint (DE 1, Ex. A), it be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   26th   day of June, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record